**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **MARK A. SINDECUSE, M.D.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     **vs.** ) | **Case number 4:06cv0665 TCM** |
| ) | |
| **DEAN M. KATSAROS,** ) | |
| **KATSAROS & ASSOCS., INC., and** ) | |
| **CIB MARINE BANCSHARES, INC.,** ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER

This case is before the Court on a "Notice" filed by plaintiff, Mark A. Sindecuse,

M.D., dismissing without prejudice Counts I and IV of his amended complaint against

defendant Dean M. Katsaros. This "Notice" is not signed by all parties, see Fed.R.Civ.P.

41(a), and shall be construed as a motion for leave to dismiss. The motion is unopposed.

Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's motion for leave to dismiss without

prejudice Counts I and IV of his amended complaint against Dean M. Katsaros is

**GRANTED**. [Doc. 71]


                    /s/ Thomas C. Mummert, III
                    THOMAS C. MUMMERT, III
                    UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of July, 2007.